Murphy, Appellant, *v.* Watson.

Argued January 12, 1938. Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN and STERN, JJ.

*Thomas Boylan,* for appellant.

*Ward C. Henry,* for appellee, was not heard.

PER CURIAM, January 31, 1938:
After carefully reading the testimony, we are in agree-
ment with the court below that appellant was guilty of
contributory negligence as a matter of law. She was
injured in a private areaway in use by cars, and al-
though she knew that an automobile was being operated
in dangerous proximity to her, she did not look out for
its approach. Her position was analogous to that of a

pedestrian on a highway, who is contributorily negligent if he does not watch for approaching cars: *Lorah v. Rinehart,* 243 Pa. 231.

Judgment affirmed.